**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

GULF RESTORATION NETWORK,        )        Civil Action
MISSOURI COALITION FOR THE       )        No.: 2:12-cv-00677
ENVIRONMENT, IOWA ENVIRONMENTAL  )
COUNCIL, TENNESSEE CLEAN WATER   )
NETWORK, MINNESOTA CENTER FOR    )
ENVIRONMENTAL ADVOCACY, SIERRA   )
CLUB, WATERKEEPER ALLIANCE, INC.,)
PRAIRIE RIVERS NETWORK, KENTUCKY )        Hon. Jay C. Zainey
WATERWAYS ALLIANCE, ENVIRONMENTAL )       Magistrate Daniel E. Knowles, III
LAW & POLICY CENTER, and the     )
NATURAL RESOURCES DEFENSE        )
COUNCIL, INC.,                   )
                                 )
                 Plaintiffs,     )
        v.                       )
                                 )
LISA P. JACKSON, Administrator of the United )
States Environmental Protection Agency, and  )
THE UNITED STATES ENVIRONMENTAL  )
PROTECTION AGENCY,               )
                                 )
                 Defendants.     )
                                 )

**<u>ORDER</u>**

Considering the States Motion for Leave to Intervene,

**IT IS HEREBY ORDERED** that the Statesq Motion is GRANTED.

**IT IS HEREBY FURTHER ORDERED** that the Statesq Answer be filed into the

record in this matter and that the States be allowed to participate in these proceedings

as an intervening Defendant.

New Orleans, Louisiana, this 16th day of _____July_____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1