

Administrative Record for the

July 29, 2011 EPA Response to July 30, 2008 Petition for Rulemaking Under the Clean Water Act
for Numeric Water Quality Standards for Nitrogen and Phosphorus and
Total Maximum Daily Loads for the Mississippi River and the Gulf of Mexico

| Doc No | Tile / Description | Date | Author (s) | Doc Type |
|---|---|---|---|---|
| EPA-MARB000001 | EPA Response to Petition for Rulemaking Under the Clean Water Act for Numeric Water Quality Standards for Nitrogen and Phosphorus and Total Maximum Daily Loads for the Mississippi River and the Gulf of Mexico | 7/29/2011 | Shapiro, Michael, EPA | Petition response |
| EPA-MARB000007 | Petition for Rulemaking Under the Clean Water Act for Numeric Water Quality Standards for Nitrogen and Phosphorus and Total Maximum Daily Loads for the Mississippi River and the Gulf of Mexico | 7/30/2008 | Hubertz, Elizabeth J. | Petition |
| EPA-MARB000082 | List of exhibits:  Petition for Rulemaking Under the Clean Water Act for Numeric Water Quality Standards for Nitrogen and Phosphorus and Total Maximum Daily Loads for the Mississippi River and the Gulf of Mexico | 8/1/2008 | Hubertz, Elizabeth J. | Petition appendix |
| EPA-MARB000085 | The effects of nutrient concentrations in streams | 10/26/2007 | Bauer, Candice | Report |
| EPA-MARB000113 | Nutrient Pollution and Numeric Water Quality Standards / national update on the development of numeric nutrient water quality standards and affirmation of EPA's commitment to accelerating the pace for progress | 5/25/2007 | Grumbles, Benjamin, EPA | Memorandum |
| EPA-MARB000121 | Petition for Rulemaking to Protect Interstate Waters Under the Clean Water Act / petition from the Ozark chapter of the Sierra Club to the USEPA to promulgate numeric nutrient standards for defined portions of the Mississippi and Missouri Rivers | 2/25/2003 | Lipeles, Maxine, Interdisciplinary Environmental Clinic | Letter |
| EPA-MARB000147 | Letter to EPA expressing concern over lack of state progress in establishing water quality standards for nutrient pollution | 3/5/2004 | Stoner, Nancy, Natural Resources Defense Council, and Ettinger, Albert, Environmental Law and Policy Center | Letter |
| EPA-MARB000151 | Decision on Petition for Rulemaking to Publish Water Quality Standards for the Mississippi and Missouri Rivers Within Arkansas, Illinois, Iowa, Kansas, Kentucky, Missouri, Nebraska, and Tennessee | 6/25/2004 | Grumbles, Benjamin, EPA | Letter |
| EPA-MARB000204 | Petition for Rulemaking Under the Clean Water Act, Secondary Treatment Standards for Nutrient Removal | 11/27/2007 | Natural Resources Defense Council, the Environmental Law and Policy Center of the Midwest, the Sierra Club, the Waterkeeper, Alliance, the Missouri Coalition for the Environment, Midwest Environmental Advocates, the Prairie Rivers Network, the Iowa Environmental Council, the Minnesota Center for Environmental Advocacy, American Rivers, and the Gulf Restoration Network | Petition |

| | | | | |
|---|---|---|---|---|
| EPA-MARB000260 | Narrative Standards Applicable to Nutrients for Mississippi River Mainstem States | 8/1/2008 | Hubertz, Elizabeth | compilation of state regulations |
| EPA-MARB000263 | Minnesota Pollution Control Agency (MPCA) Environmental Outcomes Division Nondegradation Review | 1/24/2008 | Minnesota Pollution Control Agency | report |
| EPA-MARB000309 | Response to Comments- Litchfield Wastewater Treatment Facility Draft National Pollutant Discharge Elimination System/State Disposal System Permit | 1/31/2008 | McCormick, Lisa, Minnesota Pollution Control Agency | letter |
| EPA-MARB000312 | Determining Reasonable Potential for Narrative Standards | 12/14/2006 | Rasmussen, Russ | Memorandum |
| EPA-MARB000315 | Responsiveness Summary, In the Matter of New Lenox, Application for NPDES Permit Renewal, No. IL0020559 | 10/31/2003 | Illinois Environmental Protection Agency | Agency decision |
| EPA-MARB000340 | Letter to Kim Knowles, Missouri Coalition for the Environment / response to comments comment(s) regarding the Missouri State Operating Permit (MSOP) number MO-0132845 for Lakeside at Cross Creek in Camden County, Missouri | 4/16/2003 | Hess, Kevin, Missouri Department of Natural Resources | Letter |
| EPA-MARB000348 | Letter to Edward J. Heisel / response to comments on draft operating permit for the City of Gerald | 1/24/2008 | Rhodes, James A., St. Louis Regional Office, Missouri Department of Natural Resources | Letter |
| EPA-MARB000350 | Response to comments submitted by the Gulf Restoration Network on the Terra proposed NPDES Permit Renewal, No. MS0000574 | 11/21/2007 | Patel, Samar, Environmental Permit Division, Mississippi Department of Environmental Quality | Letter |
| EPA-MARB000371 | Response to comments from Gulf Restoration Network on Harrison County Utility Authority Permit No.MS0052574 for the Delisle Facility | 1/17/2007 | Wilson, Harry M. III, Chief, Environmental Permits Division, Mississippi Department of Environmental Quality | Letter |
| EPA-MARB000374 | Response to Comments on Village of Morse LPDES permit | 10/4/2007 | Carr Brown, Chuck, Assistant Secretary, Louisiana Department of Environmental Quality | Letter |
| EPA-MARB000378 | Decision Document for the Approval of Minnesota's 2008 303(d) List of Impaired Waters | 6/10/2008 | EPA | Agency decision |
| EPA-MARB000396 | Iowa's Water, Ambient Monitoring Program Water Fact Sheet 2008-8 | 1/1/2008 | Iowa Department of Natural Resources | Fact Sheet |
| EPA-MARB000398 | Illinois Integrated Water Quality Report and Section 303(d) List-2008 | 6/00/2008 | Illinois Environmental Protection Agency | Report |
| EPA-MARB000583 | 2004/2006 Missouri 303(d) List Frequently Asked Questions | 10/1/2006 | Missouri Department of Natural Resources | Fact Sheet |

| | | | | |
|---|---|---|---|---|
| EPA-MARB000591 | Mississippi Consolidated Assessment and Listing Methodology, 2008 Assessment and Listing Cycle | 5/16/2008 | Mississippi Department of Environmental Quality | Document |
| EPA-MARB000606 | Total Maximum Daily Load, Total Nitrogen, Total Phosphorus, and Organic Enrichment/Low Dissolved Oxygen for Burrell Bayou, Yazoo River Basin | 5/1/2008 | Mississippi Department of Environmental Quality | Draft Report |
| EPA-MARB000631 | Bladder Cancer and Exposure to Water Disinfection By-Products through Ingestion, Bathing, Showering, and Swimming in Pools | 11/1/2006 | Villanueva, C.M. et al | peer-reviewed publication |
| EPA-MARB000640 | National Water Program Guidance Appendix - Final Performance Measure Commitments | 12/1/2010 | EPA Office of Water | report |
| EPA-MARB000680 | Working in Partnership with States to Address Phosphorus and Nitrogen Pollution through Use of a Framework for State Nutrient Reductions | 3/16/2011 | Stoner, Nancy, EPA | Memorandum |
| EPA-MARB000686 | Using Stressor-response Relationships to Derive Numeric Nutrient Criteria | 11/1/2010 | EPA | technical support document |
| EPA-MARB000779 | Decision on Petition for Rulemaking to Address Nutrient pollution from Significant Point Sources in the Chesapeake Bay Watershed | 6/13/2005 | EPA | Document |
| EPA-MARB000843 | Clean Water Act Section 303(d): Availability of List Decisions | 4/13/2011 | EPA | Federal Register Notice |
| EPA-MARB000845 | Response to NRDC letter expressing concern about lack of state progress adopting water quality standards for nutrients | 3/24/2004 | Grumbles, Benjamin, EPA | Letter |
| EPA-MARB000849 | Request that EPA promptly provide its decision in response to the June 30, 2008 Petition for Rulemaking for Numeric Water Quality Standards for Nitrogen and Phosphorus and TMDLs for the Mississippi River and Gulf of Mexico | 4/11/2011 | Reuther, Kevin and Ettinger, Albert on behalf of petitioners | Letter |
| EPA-MARB000853 | EPA Response to Sierra Club Petition Regarding Defined Portions of the Mississippi and Missouri Rivers | 6/1/2004 | EPA | Fact Sheet |
| EPA-MARB000856 | Hearing Before the House Committee on Agriculture to Review the Impact of EPA Regulation on Agriculture (see pp. 11 & 16 in particular) | 3/10/2011 | EPA | Transcript/Testimony |
| EPA-MARB000963 | National Strategy for the Development of Regional Nutrient Criteria | 6/1/1998 | EPA | Report |
| EPA-MARB001016 | EPA Needs to Accelerate Adoption of Numeric Nutrient Water Quality Standards | 8/26/2009 | EPA | OIG Report |
| EPA-MARB001039 | Determination that New or Revised Nutrient Water Quality Standards are Necessary for Florida | 1/14/2009 | EPA | Letter |
| EPA-MARB001049 | An Urgent Call to Action: Report of the State-EPA Innovations Task Group | 8/27/2009 | EPA | Report |
| EPA-MARB001219 | Administrative Record Index for Water Quality Standards for the State of Florida's Lakes and Flowing Waters Final Rule, 75 Fed. Reg. 75762 (December 6, 2010) | 12/6/2010 | EPA | Index |
| EPA-MARB001640 | ORSANCO 2010 Annual Report | 12/31/2010 | Ohio River Valley Water Sanitation Commission | Annual Report |
| EPA-MARB001653 | Consent Decree between Florida Wildlife Federation and US EPA CASE NO. 4:08-cv-00324-RH-WCS | 8/19/2009 | United States District Court, Northern District of Florida, Tallahassee Division | Legal document |

| ID | Title | Date | Author/Source | Type |
|---|---|---|---|---|
| EPA-MARB001666 | Final Water Quality Standards for the State of Florida's Lakes and Flowing Waters 75 FR 75762 75807 | 12/6/2010 | US Government Printing Office | Federal Register Notice |
| EPA-MARB001727 | Technical Support Document for U.S. EPA's Final Rule for Numeric Criteria for Nitrogen/Phosphorus Pollution in Florida's Inland Surface Fresh Waters | 11/24/2010 | EPA | Document |
| EPA-MARB001883 | Appendix A to Technical Support Document for U.S. EPA's Final rule for Numeric Criteria for Nitrogen/Phosphorus Pollution in Florida's Inland Surface Fresh Waters | 11/24/2010 | EPA | Document |
| EPA-MARB002744 | Appendix B to Technical Support Document for U.S. EPA's Final rule for Numeric Criteria for Nitrogen/Phosphorus Pollution in Florida's Inland Surface Fresh Waters | 11/24/2010 | EPA | Document |
| EPA-MARB002747 | Docket for Water Quality Standards for the State of Florida's Lakes and Flowing Waters Proposed Rule | 12/6/2010 | EPA | Index |
| EPA-MARB002875 | Economic Analysis of Final Water Quality Standards for Nutrients for Lakes and Flowing Waters in Florida | 11/1/2010 | EPA | Report |
| EPA-MARB003069 | Response to New England Interstate Water Pollution Control Commission | 3/1/2011 | Stoner, Nancy, EPA | Letter |
| EPA-MARB003072 | Response to Congressman Cliff Stearns | 6/24/2011 | Stoner, Nancy, EPA | Letter |
| EPA-MARB003084 | Letter from Congressman Cliff Stearns, Chairman, Subcommittee on Oversight and Investigations | 4/21/2011 | Stearns, Clifford | Letter |
| EPA-MARB003087 | Running Roughshod Over States and Stakeholders: EPA's Nutrients Policies - Hearing Before the House Transportation and Infrastructure Committee's Subcommittee on Water Resources and Environment | 6/24/2011 | U.S. Government Printing Office | Transcript/Testimony |
| EPA-MARB003280 | Hearing Examines EPA's Burdensome Nutrients Policies | 6/24/2011 | House Transportation and Infrastructure Committee | Press Release |
| EPA-MARB003282 | Office of Water FY2012 National Program Guidance | 4/1/2011 | EPA | Document |
| EPA-MARB003404 | Correspondence on behalf of New England states and New York state describing key concerns describes key and priorities pertaining to the development of numeric nutrient criteria | 1/3/2011 | New England Interstate Water Pollution Control Commission | Letter |
| EPA-MARB003409 | State Adoption of Numeric Nutrient Standards 1998-2008 | 12/1/2008 | EPA | Report |
| EPA-MARB003505 | Nutrient Criteria Technical Guidance: Wetlands | 6/1/2008 | EPA | Guidance document |
| EPA-MARB003661 | Office of Water Corrective Actions Plan Transmittal in Response to EPA Needs to Accelerate Adoption of Numeric Nutrient Water Quality Standards, OIG Report No. 09-P-0223 | 11/24/2009 | Silva, Pete, EPA | Memorandum |
| EPA-MARB003671 | Development and Adoption of Nutrient Criteria into Water Quality Standards | 11/14/2001 | Grubbs, Geoffrey, EPA | Memorandum |
| EPA-MARB003692 | Response to Main Congressional Delegation | 2/15/2011 | Spalding, H Curtis, Region 1 Administrator, EPA | Letter |
| EPA-MARB003694 | Letter from Maine Congressional Delegation to Lisa Jackson, RE working with Maine Department of Environmental Protection to implement nutrient water quality standards | 1/21/2011 | Senator Snowe, Senator Collins, Rep. Pingree, Rep. Michaud | Letter |
| EPA-MARB003696 | Nutrient Criteria Development Guidance - Estuarine and Coastal Waters | 10/1/2001 | EPA | Publication |
| EPA-MARB004058 | Nutrient Criteria Technical Guidance Manual: Rivers and Streams | 7/27/2000 | EPA | Publication |
| EPA-MARB004311 | Nutrient Criteria Technical Guidance: Lakes and Reservoirs | 5/23/2000 | EPA | Publication |
| EPA-MARB004543 | Ecoregional Criteria Document for Wetlands | 12/1/2000 | EPA | Publication |
| EPA-MARB004620 | Summary Table for the Nutrient Criteria Documents | 7/2/2002 | EPA | Publication |
| EPA-MARB004623 | Mississippi River Gulf of Mexico Watershed Nutrient Task Force FY10 Annual Report | 12/13/2010 | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | Publication |
| EPA-MARB004647 | Gulf Hypoxia Action Plan 2008 | 8/26/2008 | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | Publication |
| EPA-MARB004711 | Hypoxia in the Northern Gulf of Mexico: An Update by the EPA Science Advisory Board | 12/27/2007 | EPA Science Advisory Board | Publication |
| EPA-MARB005044 | An Assessment of Coastal Hypoxia and Eutrophication in U.S. Waters | 12/10/2003 | Executive Office of the President | Publication |
| EPA-MARB005126 | Mississippi River Delta Nutrient Reduction Strategies | 12/15/2009 | FTN Associates, Ltd. | Publication |
| EPA-MARB005178 | FY2009 Operating Plan - A compilation of Actions to Implement the Gulf Hypoxia Action Plan 2008 | | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | Publication |
| EPA-MARB005240 | Chesapeake 2000 | 6/23/2000 | Chesapeake Bay Program | Multistate Agreement |
| EPA-MARB005253 | Chesapeake Bay Nutrient and Sediment Reduction Tributary Strategy | 2/3/2005 | Commonwealth of Virginia | Strategy |

| ID | Title | Date | Author/Source | Type |
|---|---|---|---|---|
| EPA-MARB005338 | Chesapeake Bay Nutrient and Sediment Reduction Tributary Strategy for the Shenandoah and Potomac River Basins | 3/1/2005 | Commonwealth of Virginia | Strategy |
| EPA-MARB005467 | Assessments of Practices to Reduce Nitrogen and Phosphorous Nonpoint Source Pollution of Iowa's Surface Waters | 1/20/2005 | Dinnes, Dana, USDA-ARS National Soil Tilth Laboratory | Report |
| EPA-MARB005847 | State of Florida Numeric Nutrient Criteria Development Plan | 3/3/2009 | Florida Department of Environmental Protection | Plan |
| EPA-MARB005985 | Iowa's Nutrient Budget | 3/7/2005 | Iowa Department of Natural Resources | Fact Sheet |
| EPA-MARB005991 | Kansas Surface Water Nutrient Reduction Plan | 12/29/2004 | Kansas Department of Health and Environment, Bureau of Water | Plan |
| EPA-MARB006041 | Water Quality Best Management Practices, Effectiveness, and Cost for Reducing Contaminant Losses from Cropland | 2/16/2004 | Kansas State University | Fact Sheet |
| EPA-MARB006045 | Charting the Course: The Comprehensive Conservation and Management Plan for Tampa Bay | 7/13/2006 | Tampa Bay Estuary Program | Management Plan |
| EPA-MARB006217 | Restoration of a National Treasure - The Gulf of Mexico - "America's Sea" | 2/28/2011 | Griffith, Bryon, Gulf of Mexico Ecosystem Restoration Task Force | Presentation slides |
| EPA-MARB006239 | Introduction, Gulf Coast Ecosystem Restoration Task Force Meeting in New Orleans, LA | 2/28/2011 | Jackson, Lisa, Gulf of Mexico Ecosystem Restoration Task Force Chair | Presentation transcript |
| EPA-MARB006242 | Stakeholder Engagement Strategy | 2/28/2011 | Gulf Coast Ecosystem Restoration Task Force | Presentation slides |
| EPA-MARB006256 | Meeting Agenda | 6/27/2011 | Gulf Coast Ecosystem Restoration Task Force | Agenda |
| EPA-MARB006258 | Water Quality collaboration towards holistic ecosystem improvement in the Gulf of Mexico | 5/6/2011 | Kröger, Robert, Mississippi State University | Presentation slides |
| EPA-MARB006267 | Task Force Meeting Agenda | 5/6/2011 | Gulf Coast Ecosystem Restoration Task Force | Agenda |
| EPA-MARB006268 | Water Quality Listening Session Summary | 5/6/2011 | Gulf Coast Ecosystem Restoration Task Force | Table |
| EPA-MARB006272 | List of nitrogen and phosphorus TMDLs across the country | 4/9/2011 | EPA | Table |
| EPA-MARB006366 | List of nutrient-related TMDLs across the country | 4/9/2011 | EPA | Table |
| EPA-MARB006492 | States' Progress toward TN and TP Numeric Criteria Adoption (Regions 4-7) | 12/8/2010 | EPA | Summary Table |
| EPA-MARB006495 | Florida Impaired Waters- 2008 and 2010 Integrated Report | 4/9/2011 | EPA | Summary table |
| EPA-MARB006496 | State nutrient impaired waters and TMDL development | 4/9/2011 | EPA | Summary table |
| EPA-MARB006497 | Current total nitrogen and total phosphorus criteria | 3/7/2011 | EPA | Summary table |
| EPA-MARB006499 | FY11 Operating Plan: A Compilation of Actions to Implement the Gulf Hypoxia Action Plan 2008 | 1/14/2011 | EPA | Report |
| EPA-MARB006637 | Key Actions EPA is Taking to Address Nutrient Pollution: Presentation to Mississippi River Petitioners | 5/5/2009 | EPA | Presentation slides |

| ID | Title | Date | Author/Source | Type |
|---|---|---|---|---|
| EPA-MARB006671 | Petition requesting that EPA withdraw its January 2009 determination that numeric nutrient criteria are necessary in Florida | 4/22/2011 | Florida Department of Environmental Protection | petition |
| EPA-MARB006710 | Response Letter to the Florida Dept. of Environmental Protection's Petition | 6/13/2011 | Stoner, Nancy, EPA | letter |
| EPA-MARB006713 | Mississippi River Water Quality and the Clean Water Act: Progress, Challenges, and Opportunities | 11/16/2007 | Committee on the Mississippi River and the Clean Water Act, National Research Council, National Academy of Science | report |
| EPA-MARB006966 | Nutrient Control Actions for Improving Water Quality in the Mississippi River Basin and Northern Gulf of Mexico | 12/11/2008 | Committee on the Mississippi River and the Clean Water Act, National Research Council, National Academy of Science | report |
| EPA-MARB007057 | Differences in Phosphorus and Nitrogen Delivery to The Gulf of Mexico from the Mississippi River Basin | 12/21/2007 | Alexander, R.B., R.A. Smith, G.E. Schwarz, E.W. Boyer, J.V. Nolan, and J.W. Brakebill | peer-reviewed publication |
| EPA-MARB007066 | Streamflow and Nutrient Fluxes of the Mississippi-Atchafalaya River Basin and Subbasins for the Period of Record through 2005 | 3/30/2007 | Aulenbach, B.T., H.t. Buxto, W.A. battaglin, and R.H. Coupe | Publication |
| EPA-MARB007179 | A Qualitative Assessment of the Relative Effects of Bycatch Reduction, Fisheries and Hypoxia on Coastal Nekton Communities in the Gulf of Mexico | 9/26/2006 | Baltz, D.M., H.W. Li, P.A. Rossgnol, E.J. Chesney, and T.S. Switzer | Presentation slides |
| EPA-MARB007207 | Changes in mitochondrial gene and protein expression in grass shrimp, Palaemonetes pugio, exposed to chronic hypoxia | 2/26/2008 | Brouwer, Marius, Nancy J. Brown-Peterson, Thea Hoexum-Brouwer, Steve Manning, and Nancy Denslow | Peer-reviewed publication |
| EPA-MARB007210 | An Integrated Assessment of Hypoxia in the Northern Gulf of Mexico | 5/1/2000 | Committee on Environment and Natural Resources Water Act, National Research Council, National Academy of Science | Publication |
| EPA-MARB007217 | Understanding Patterns of Fishery Production in Coastal Marine Ecosystems Impacted by Hypoxia | 3/27/2007 | Chesney, Edward J., Donald M. Baltz and Theodore S. Switzer | Presentation slides |
| EPA-MARB007247 | Biogeochemical Characteristics of the Lower Mississippi River, USA, During June 2003 | 10/1/2005 | Dagg, M.J., T.S. Bianchi, G.A. Breed, W.J. Cai, S. Duan, H. Liu, B.A. McKee, R.T. Powell, and C.M. Stewart | Peer-reviewed publication |
| EPA-MARB007258 | Moving Forward on Gulf Hypoxia: Annual Report 2009 | 12/10/2009 | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | Report |
| EPA-MARB007274 | Action Plan for Reducing, Mitigating, and Controlling Hypoxia in the Northern Gulf of Mexico | 1/1/2001 | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | Report |
| EPA-MARB007310 | Mississippi River Basin Healthy Watersheds Initiative | 1/20/2010 | U.S. Department of Agriculture | Fact Sheet |
| EPA-MARB007312 | Testimony of Suzanne E. Schwartz, Acting Director, Office of Wetlands, Oceans, and Watersheds, U.S. EPA, Before the Subcommittee on Energy and Environment, Committee on Science and Technology, U.S. House of Representatives | 9/17/2009 | EPA | Transcript/Testimony |
| EPA-MARB007321 | A Review of Water Column Processes Influencing Hypoxia in the Northern Gulf of Mexico | 10/1/2007 | Dagg, M.J., J.W. Ammerman, R.M. W. Amon, W.S. gardner, R.E. Green, and S.E. Lohrenz | peer-reviewed publication |
| EPA-MARB007339 | Ecological and Economic Consequences of Hypoxia, Topic 2 Report for the Integrated Assessment on Hypoxia in the Gulf of Mexico | 5/1/1999 | Diaz, R.J., and A. Solow | Report |
| EPA-MARB007399 | Developing Nutrient Criteria for Louisiana | 00/00/2006 | Louisiana Department of Environmental Quality | Plan |
| EPA-MARB007448 | Nutrients in Estuaries: A Summary Report of the National Estuarine Experts Workroup 2005-2007 | 10/1/2010 | National Estuarine Experts Workgroup | Report |
| EPA-MARB007650 | Modeling the impacts of decadal changes in riverine nutrient fluxes on coastal eutrophication near the Mississippi River Delta | 6/15/2002 | Justic´, Dubravko, Nancy N. Rabalais, and R. Eugene Turner | Peer-reviewed publication |
| EPA-MARB007664 | An Approach for Developing Numeric Nutrient Criteria for a Gulf Coast Estuary | 01/00/2008 | Hagy, J.D. III, J.C. Kurtz, and R.M. Greene | Publication |
| EPA-MARB007709 | 2006 Louisiana Water Quality Inventory: Integrated Report | 2/19/2007 | Louisiana Department of Environmental Quality | Report |
| EPA-MARB007811 | Appendix A - Statewide Water Quality Assessments | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB007956 | Appendix B: 2006 Integrated Report of Water Quality in Louisiana - Addendum: Water Body/Impairment Combinations that Cannot be Placed in AD | 2/19/2007 | Louisiana Department of Environmental Quality | Table |

| | | | | |
|---|---|---|---|---|
| EPA-MARB007962 | Appendix C: 2006 Integrated Report of Water Quality in Louisiana: Category 0 Addendum | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB008042 | Appendix D: Complete list of suspected causes of impairment and cause descriptions used in U.S. EPA's Assessment Database | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB008067 | Appendix E: Complete list of suspected sources and source descriptions used in U.S. EPA's Assessment Database | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB008082 | Appendix F: Complete Listing of Louisiana's Ambient Surface Water Quality Network Sites | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB008106 | Appendix G: Public Comments on the 2006 Integrated Report and LDEQ's Response to Comments | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB008112 | Appendix H: Louisiana's 2006 Section 303(d) List: Integrated Report Category 5 Water Body Impairments | 2/19/2007 | Louisiana Department of Environmental Quality | Table |
| EPA-MARB008173 | Hypoxia in the Northern Gulf of Mexico: Does the Science Support the Plan to Reduce, Mitigate, and Control Hypoxia? | 10/1/2007 | Rabalais, N. N., R. E. Turner, B. K Sen Gupta, D. F. Boesch, P. Chapman and M. C. Murrell | peer-reviewed publication |
| EPA-MARB008193 | Guidelines for Deriving Numerical National Water Quality Criteria for the Protection Of Aquatic Organisms and Their Uses | 00/00/1985 | EPA | Publication |
| EPA-MARB008252 | Welcome to Lisa Jackson as the new EPA Administrator and appeal to grant the petition | 3/31/2009 | Sigford, Kris, Minnesota Center for Environmental Advocacy | Letter |
| EPA-MARB008256 | Mississippi River Basin Healthy Watersheds Initiative: 2010 Report | 5/26/2011 | Natural Resources Conservation Service, United States Department of Agriculture | Publication |
| EPA-MARB008262 | Secretary Vilack Announces 41 Watersheds to Take Part in Mississippi River Basin Initiative | 11/23/2009 | U.S. Department of Agriculture | Press Release |
| EPA-MARB008265 | Nutrients in the Nation's Streams and Groundwater: National Findings and Implications | 9/1/2010 | U.S. Geological Survey | report |
| EPA-MARB008271 | Notice of Proposed Rulemaking: Water Quality Standards for the State of Florida's Lakes and Flowing Waters | 1/26/2010 | EPA | federal register notice |
| EPA-MARB008325 | EPA/Mississippi River Petitioners Meeting | 5/5/2009 | EPA | meeting notes |
| EPA-MARB008328 | Minnesota's River Nutrient Criteria Development: Emphasis on Biological Indicators and Relationships | 7/9/2008 | TetraTech | Webcast Transcript |
| EPA-MARB008351 | Action Letter on Minnesota's Revised Water Quality Standards | 5/23/2008 | EPA | Letter |
| EPA-MARB008355 | EPA's Record of Decision on Revisions to Minnesota's Water Quality Standards | 5/23/2008 | EPA | Letter |
| EPA-MARB008439 | EPA comments on Minnesota's Proposed Revisions to Water Quality Standards | 10/3/2007 | EPA | Letter |
| EPA-MARB008453 | National Nutrient Database | 9/1/2001 | EPA | Fact Sheet |
| EPA-MARB008455 | Letter to Wisconsin RE: proposed phosphorus criteria | 4/30/2010 | Silva, Pete, EPA | Letter |
| EPA-MARB008457 | Letter to Lisa Jackson Requesting Clarification on EPA Interpretation of Current Minnesota Nutrient Standards for Lakes and Directives on Future Stream Standard Development | 4/20/2011 | Lane, David, Minnesota Environmental Science and Economic Review Board | Letter |
| EPA-MARB008465 | EPA Comments on Colorado's Draft Nutrient Proposal | 3/3/2011 | EPA | Letter |
| EPA-MARB008476 | Notice of Intent to Sue Administrator of the Environmental Protection Agency for Failure to Perform Its Nondiscretionary Duty to Promulgate Numeric Nutrient Criteria for the State of Wisconsin | 11/23/2009 | Clean Water Action Council of Northeastern Wisconsin, Gulf Restoration Network, Milwaukee Riverkeeper, Prairie Rivers Network, River Alliance of Wisconsin, Sierra Club, and Wisconsin Wildlife Federation | Letter |
| EPA-MARB008483 | Draft Technical Guidance on Empirical Approaches for Nutrient Criteria Derivation | 8/17/2009 | EPA | Report |
| EPA-MARB008577 | SAB Review of Draft Technical Guidance on Empirical Approaches for Nutrient Criteria Derivation | 4/27/2010 | EPA Science Advisory Board | Report |
| EPA-MARB008644 | EPA Response to SAB Review of Draft Technical Guidance on Empirical Approaches for Nutrient Criteria Derivation | 5/28/2010 | Jackson, Lisa, EPA | Letter |
| EPA-MARB008646 | Draft Methods and Approaches for Deriving Numeric Criteria for Nitrogen/Phosphorus Pollution in Florida's Estuaries, Coastal Waters, and Southern Inland Flowing Waters | 11/17/2010 | EPA | Report |
| EPA-MARB008795 | Appendices | 11/17/2010 | EPA | Report |

| ID | Title | Date | Author/Source | Type |
|---|---|---|---|---|
| EPA-MARB009032 | Review of EPA's draft Approaches for Deriving Numeric Nutrient Criteria for Florida's Estuaries, Coastal Waters, and Southern Inland Flowing Waters | 7/19/2011 | EPA Science Advisory Board | Report |
| EPA-MARB009099 | Approval of Wisconsin Phosphorus Criteria | 12/30/2010 | Hyde, Tinka, EPA | Letter |
| EPA-MARB009101 | EPA's Review of Water Quality Criteria for Phosphorus in Rivers and Lakes in Wisconsin under Section 303(c) of the Clean Water Act (CWA) WQSTS WI2010-380 | 12/30/2010 | EPA | Document |
| EPA-MARB009119 | Request for Approval of Phosphorus Water Quality Standard | 12/1/2010 | Baker, Bruce, Wisconsin Department of Natural Resources | Letter |
| EPA-MARB009120 | Clean Water Action Plan: Restoring and Protecting America's Waters | 2/1/1998 | U.S. Department of Agriculture & EPA | Report |
| EPA-MARB009230 | Water Quality Standards Handbook, 2nd edition | 8/1/1994 | EPA | Guidance document |
| EPA-MARB009433 | State Level Nutrient Reduction Strategies Workshop—Agricultural Component | 6/13/2011 | EPA | Conference agenda |
| EPA-MARB009440 | Nitrogen and Phosphorus Pollution: EPA's Approach | 7/28/2011 | Ellen Gilinsky, EPA | presentation slides |
| EPA-MARB009454 | Chapter NR 217 Effluent Standards and Limitations for Phosphorus | 11/30/2010 | Wisconsin Department of Natural Resources | state regulation |
| EPA-MARB009462 | Water Headlines: New and Improved EPA Website on Nitrogen and Phosphorus Pollution | 7/18/2011 | EPA | Press Release |
| EPA-MARB009464 | Wadeable Streams Assessment | 12/00/2006 | EPA, Office of Water, Office of Research and Development | Survey |
| EPA-MARB009577 | National Lakes Assessment | 00/00/2009 | EPA, Office of Water, Office of Research and Development | Survey |
| EPA-MARB009695 | National Lakes Assessment-Technical Appendix | 1/00/2010 | EPA, Office of Water, Office of Research and Development | Survey-Appendix |
| EPA-MARB009758 | National Coastal Condition Report III | 12/00/2008 | EPA, NOAA, US Fish and Wildlife Service, USGS | Report |
| EPA-MARB010087 | Cover Letter to Annual Report | 11/4/2010 | NRCS-USDA | Letter |
| EPA-MARB010088 | USGS SPARROW MODELLING- Enhancing Understanding of the Nation's Water Quality | 03/00/2009 | US Dept. of Interior/USGS | Fact Sheet |
| EPA-MARB010094 | Modeling for QAPP for Minnesota (Root River) | 6/22/2011 | EPA | QAPP |
| EPA-MARB010159 | Technical Support for Grand Lake/St. Mary's Watershed Project in Ohio | 4/5/2010 | EPA | Statement of Work |
| EPA-MARB010163 | Support for Minnesota Nutrient Reduction Efforts in the Mississippi River Basin (Phase 1) | 9/30/2010 | EPA | Statement of Work |
| EPA-MARB010172 | Support for Minnesota Nutrient Reduction Efforts in the Mississippi River Basin Task Order 77:Root River) | 5/31/2011 | EPA | Work Plan |
| EPA-MARB010182 | State Nutrient Reduction Strategies-Agricultural Component | 4/30/2011 | EPA | Monthly Technical Progress Report |
| EPA-MARB010187 | PCS for HB 239 Numeric Nutrient Water Quality Criteria | 3/14/2011 | Florida House of Representatives, Agriculture and Natural Resources Subcommittee | proposed state legislation |
| EPA-MARB010206 | Response to Public Comments, Water Quality Standards for the State of Florida's Lakes and Flowing Waters. Docket EPA-HQ-OW-2009-0596. Cover page & table of contents. | 11/14/2010 | EPA | response to public comments |
| EPA-MARB010218 | Response to Public Comments, Water Quality Standards for the State of Florida's Lakes and Flowing Waters. Docket EPA-HQ-OW-2009-0596. Chapter 2. Issue Category: Background Pages 1509 - 1943 | 11/14/2010 | EPA | response to public comments |
| EPA-MARB010654 | Response to Public Comments, Water Quality Standards for the State of Florida's Lakes and Flowing Waters. Docket EPA-HQ-OW-2009-0596. Chapter 2. Issue Category: Applicability of Criteria When Final. Pages 4297-4445 | 11/14/2010 | EPA | response to public comments |
| EPA-MARB010804 | Joint Water Quality Standards & Nutrients Meeting, April 26–28, 2011 | 4/25/2011 | EPA | agenda |
| EPA-MARB010814 | Recent EPA Nutrient Water Quality Standards Policies | 4/26/2011 | Shari Barash, National Water Quality Standards Branch, EPA | presentation slides |
| EPA-MARB010824 | EPA's Expectations for New Program Activity Measures | 4/26/2011 | EPA | presentation slides |
| EPA-MARB010836 | You Can Get There from Here: Linking Nutrient Criteria to Uses | 4/26/2011 | TetraTech | presentation slides |
| EPA-MARB010848 | Mechanistic Modelling for Numeric Nutrient Criteria Development | 4/26/2011 | EPA | Presentation slides |
| EPA-MARB010856 | Numeric Nutrient Criteria for Streams to Protect Estuarine Waters: Downstream Protection Values | 4/27/2011 | EPA | Presentation slides |
| EPA-MARB010876 | Nutrient Criteria Packages: Elements and Experience | 4/28/2011 | TetraTech | Presentation slides |
| EPA-MARB010882 | SSAC Technical Assistance Document for the Florida Rule: Downstream Protection, Loads and TMDLs | 4/28/2011 | EPA | Presentation slides |
| EPA-MARB010886 | Approaches for setting chl-a criteria in lakes | 4/27/2011 | EPA | Presentation slides |

| ID | Title | Date | Author | Type |
|---|---|---|---|---|
| EPA-MARB010889 | Setting criteria from a reference distribution | 4/27/2011 | EPA | Presentation slides |
| EPA-MARB010894 | Overview: Using stressor-response relationships to derive numeric nutrient criteria | 4/27/2011 | EPA | Presentation slides |
| EPA-MARB010899 | EPA's Action Development Process: Guidance for EPA Staff on Developing Quality Actions | 3/1/2011 | EPA | Internal EPA guidance document |
| EPA-MARB011008 | General Action Development Process (ADP) for Tier 1 & Tier 2 Actions | 9/14/2010 | EPA | flowchart |
| EPA-MARB011009 | One-Time Delegation of Authority for the Purpose of Responding to a Petition for Rulemaking Under the Clean Water Act titled, "Numeric Water Quality Standards for Nitrogen and Phosphorus and Total Maximum Daily Loads for the Mississippi River and the Gulf of Mexico" | 7/28/2011 | Lisa Jackson, EPA | Memorandum |
| EPA-MARB011011 | Evaluation of the Role of Nitrogen and Phosphorus in Causing or Contributing to Hypoxia in the Northern Gulf | 8/1/2004 | EPA | report |
| EPA-MARB011036 | Improving Water Quality in the Mississippi River Basin and Northern Gulf of Mexico: Strategies and Priorities | 12/31/2010 | National Research Council, National Academy of Science | report |
| EPA-MARB011071 | FY2008 Operating Plan | 6/25/2008 | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | plan |
| EPA-MARB011112 | FY2010 Operating Plan: A compilation of actions to implement the Gulf Hypoxia Action Plan | 12/22/2009 | Mississippi River / Gulf of Mexico Watershed Nutrient Task Force | plan |
| EPA-MARB011210 | Clean Water Act Section 303(d) Nutrient-Related Information: May 2011 EPA Water Division Directors' Meeting | 5/1/2011 | EPA | summary statistics |
| EPA-MARB011229 | Protocol for Developing Nutrient TMDLs | 11/00/1999 | Donald Brady, Chris Zabawa and Mimi Dannel, EPA | Guidance Document |
| EPA-MARB011366 | 2002 Integrated Water Quality Monitoring and Assessment Report Guidance | 11/19/2001 | Robert H. Wayland III, EPA | Guidance Document |
| EPA-MARB011378 | Guidance for 2004 Assessment, Listing and Reporting Requirements Pursuant to Sections 303(d) and 305(b) of the Clean Water Act | 7/21/2003 | Mike Haire, EPA | Guidance Document |
| EPA-MARB011416 | Guidance for 2006 Assessment, Listing, and Reporting Requirements Pursuant to Sections 303(d), 305(b) and 314 of the Clean Water Act | 7/29/2005 | Sarah Furtak, EPA | Guidance Document |
| EPA-MARB011505 | Information Concerning 2008 Clean Water ActSections 303(d), 305(b), and 314 Integrated Reporting and Listing Decisions | 10/12/2006 | Diane Regas, EPA | Memorandum |
| EPA-MARB011515 | Information Concerning 2010 Clean Water Act Sections 303(d), 305(b), and 314 Integrated Reporting and Listing Decisions | 5/5/2009 | Suzanne Schwartz, EPA | Memorandum |
| EPA-MARB011526 | Information Concerning 2012 Clean Water act Sections 303(d), 305(b), and 314 Integrated Reporting and Listing Decisions | 3/21/2011 | Denise Keehner, EPA | Memorandum |
| EPA-MARB011530 | Handbook for Developing Watershed TMDLs (Draft) | 12/15/2008 | Office of Wetlands Oceans and Watersheds, EPA | Handbook |
| EPA-MARB011698 | Nutrient TMDL Workshop (Agenda) | 2/17/2011 | Sarah Furtak, EPA | Agenda for a conference |
| EPA-MARB011702 | Nutrient TMDL Workshop (Meeting Summary) | 6/14/2011 | Sarah Furtak, EPA | Meeting Summary |
| EPA-MARB011732 | Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Sections 1-3 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB011825 | Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Section 4 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB011869 | Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Section 5 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |

| ID | Title | Date | Source | Type |
|---|---|---|---|---|
| EPA-MARB011914 | Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Section 6 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB011967 | Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Section 7 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB011979 | Chesapeake Bay Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment  Section 8 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB012012 | Chesapeake Bayt Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Section 9 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB012046 | Chesapeake Bayt Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Section 10 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB012054 | Chesapeake Bayt Total Maximum Daily Load for Nitrogen, Phsophorus and Sediment Sections 11-14 | 12/29/2010 | EPA HQ, Region 2, and Region 3 (Mike Haire, EPA) | TMDL |
| EPA-MARB012084 | Clarification Regarding "Phased" Total Maximum Daily Loads | 8/2/2006 | Benita Best-Wong, EPA | Memorandum |
| EPA-MARB012088 | National Status of Addrssing Nutrients Under Clean water Act Section 303(d) | 5/00/2011 | Denise Keehner, EPA | PowerPoint Presentation |
| EPA-MARB012099 | Total Maximum Daily Load Total Nitrogen and Total Phosphorus For Harris Bayou | 6/1/2008 | Mississippi Department of Environmental Quality | TMDL |
| EPA-MARB012115 | Total Maximum Daily Loads for the Black River Watershed | 5/30/2008 | Ohio EPA | TMDL |
| EPA-MARB012357 | Phase II Water Quality Improvement Plan for Silver Lake | 10/00/2008 | Iowa DNR | TMDL |
| EPA-MARB012410 | Total Maximum Daily Load (TMDL) for Buffalo Ditch | 3/5/2010 | Missouri DNR | TMDL |
| EPA-MARB012470 | Sediment and Nutrient TMDL Development Limberlost Creek Watershed | 3/12/2007 | Indiana Department of Environmental Management/Tetra Tech, Inc. | TMDL/PUBLIC REVIEW DRAFT |
| EPA-MARB012512 | Lower Minnesota River Dissolved Oxygen Total Maximum Daily Load Report | 5/00/2004 | Minnesota Pollution Control Agency | TMDL |
| EPA-MARB012584 | Lower Arkansas River Basin Total Maximum Daily Load -Cowskin Creek | 6/29/2007 | State of Arkansas | TMDL Revision |
| EPA-MARB012608 | Total Maximum Daily Load for Fremont Lake #20E | 6/00/2007 | Nebraska Department of Environmental Quality | TMDL |
| EPA-MARB012622 | Middle Blackfood - Nevada Creek Total Maximum Daily Loads and Water Quality Improvement Plan | 9/22/2008 | State of Nevada | TMDL |
| EPA-MARB013088 | Total Maximum Daily Load For Algae and Turbidity, Carter Lake, Iowa and Nebraska | 6/00/2007 | Nebraska Department of Environmental Quality and Iowa DNR | TMDL |
| EPA-MARB013136 | Larimore Dam | 9/00/2009 | North Dakota Department of Health | TMDL |
| EPA-MARB013213 | Lower Charles River Basin | 6/00/2007 | The Massachusetts Department of Environmental Protection and EPA Region 1 (w/support by Tetra Tech, Inc.) | TMDL |
| EPA-MARB013409 | Non-Tidal Passaic River Basin | 4/24/2008 | NJ DEP | TMDL Amendment |
| EPA-MARB013564 | Unnamed Tributary to the Chickahominy River | 4/00/2004 | Virginia Department of Environmental Quality and George Mason U. and Tetra Tech, Inc. | TMDL |

| ID | Title | Date | Author/Source | Type |
|---|---|---|---|---|
| EPA-MARB013657 | Lower St. Johns River | 7/9/2008 | Florida DEP | TMDL |
| EPA-MARB013803 | Lakeside Lake TMDL | 6/16/2005 | Arizona Department of Environmental Quality with PBS&J | TMDL |
| EPA-MARB013880 | Lake Lucille | 2/11/2002 | Alaska DEC | TMDL |
| EPA-MARB013912 | Long Island Sound | 12/00/2000 | NYSDEC/Connecticut DEP | TMDL |
| EPA-MARB013985 | Watersheds of Army Creek, Red Lion Creek, and Dragon Run Creek | 8/00/2006 | Delaware Department of Natural Resources and Environmental Control | TMDL |
| EPA-MARB014111 | Cahaba River Watershed | 9/00/2006 | Alabama Department of Environmental Management | TMDL |
| EPA-MARB014207 | Flathead Lake | 12/28/2001 | Montana DEQ | TMDL |
| EPA-MARB014276 | New Policies for Establishing and Implementing Total Maximum Daily Loads (TMDLs) | 8/8/1997 | Bob Perciaseppe, EPA | memorandum |
| EPA-MARB014280 | CTIC Scanlon | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014281 | ISU-King-Raccoon | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014282 | ISU-King | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014283 | OSU-Moore | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014284 | TWI-Hey | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014285 | Water Quality Trading Policy | 1/13/2003 | EPA | policy |
| EPA-MARB014296 | WVU-herd | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014297 | EPRI-Fox | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014298 | ISU-King-Walnut Creek | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014299 | MCD-Hall | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014300 | TNC-Hancock | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014301 | U of K-Hu | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014302 | WRI-Jones | 12/10/2008 | Benjamin Grumbles, EPA | Letter |
| EPA-MARB014303 | TWG-Trading-RFP | 6/6/2008 | EPA | Request for Proposals |

| EPA-MARB014339 | Wabash River hypoxia pilot, e-mail to Tammy Lawson, Indiana Department of Agriculture | 9/2/2008 | EPA | e-mail |
|---|---|---|---|---|
| EPA-MARB014341 | Nonpoint Source EPA Letter to Arkansas Natural Resources Commission | 6/10/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014345 | Federal incentives to reduce N&P pollution - letter to Arkansas Natural Resources Commission | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014349 | Federal incentives to reduce N&P pollution - letter to Illinois Department of Agriculture | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014353 | Federal incentives to reduce N&P pollution - letter to Indiana Department of Agriculture | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014357 | Federal incentives to reduce N&P pollution - letter to Iowa Department of Agriculture and Land Stewardship | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014361 | Federal incentives to reduce N&P pollution - letter to Kentucky Department for Environmental Protection | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014365 | Federal incentives to reduce N&P pollution - letter to Louisiana Governor's Office of Coastal Activities | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014369 | Federal incentives to reduce N&P pollution - letter to Minnesota Pollution Control Agency | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014373 | Federal incentives to reduce N&P pollution - letter to Mississippi Department of Environmental Quality | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014377 | Federal incentives to reduce N&P pollution - letter to Missouri Department of Natural Resources | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014381 | Federal incentives to reduce N&P pollution - letter to Ohio Department of Natural Resources | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014385 | Federal incentives to reduce N&P pollution - letter to Tennessee Department of Agriculture | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014389 | Federal incentives to reduce N&P pollution - letter to Wisconsin Department of Natural Resources | 6/20/2011 | Nancy Stoner, EPA | Letter |
| EPA-MARB014393 | Comments on Maine's draft nutrient rule | 3/15/2011 | Stephen Silva, EPA | Letter |
| EPA-MARB014395 | Nitrogen limits in wastewater permit to protect Great Bay, letter to John Lynch, Governor of New Hampshire | 6/9/2011 | Lisa Jackson, EPA | Letter |
| EPA-MARB014397 | Restoring Great Bay Estuary, letter to NH Rep Frank Guinta | 4/18/2011 | H. Curtis Spalding, EPA | Letter |
| EPA-MARB014399 | EPA/Mississippi River Petitioners Meeting Summary | 5/5/2009 | EPA | summary |
| EPA-MARB014402 | Colorado's nutrients approach aligning with Stoner 3/16/11 memo | 6/9/2011 | Steve Gunderson, EPA | Plan |
| EPA-MARB014405 | Illinois failure to interpret narrative into nutrient permit limits, letter to Illinois EPA | 1/21/2011 | Tinka Hyde, EPA | Letter |
| EPA-MARB014411 | Comments on North Carolina's nutrient criteria and revisions to, letter to North Carolina Department of Environment and Natural Resources | 9/1/2010 | Joanne Benante, EPA | Letter |
| EPA-MARB014421 | Resolution of Nutrient Permitting Issues in Great Bay Area, letter to Lisa Jackson, EPA | 4/4/2011 | NH Rep Frank Guinta | Letter |

| ID | Title | Date | Source | Type |
|---|---|---|---|---|
| EPA-MARB014423 | A synoptic survey of nitrogen and phosphorus in tributary streams and 2 great rivers of the Upper Mississippi River basin | 9/3/2010 | EPA and Ali Helmy, Oregon State University | scientific journal article |
| EPA-MARB014438 | Microbial enzyme activity, nutrient uptake and nutrient limitation in forested streams | 11/16/2009 | EPA and U.S. Forest Service | scientific journal article |
| EPA-MARB014453 | Sediment microbial enzyme activity as an indicator of nutrient limitation in the great rivers of the Upper Mississippi River basin | 9/4/2009 | Office of Research and Development, EPA | scientific journal article |
| EPA-MARB014468 | Nitrogen removal by streams and rivers of the Upper Mississippi River basin | 4/4/2010 | Office of Research and Development, EPA | scientific journal article |
| EPA-MARB014480 | Request to meet in D.C. in early May to discuss the Petition | 4/9/2009 | EPA/petitioners | e-mail |
| EPA-MARB014488 | Meeting with Mississippi Environmental Groups | 10/1/2009 | EPA/petitioners | e-mail |
| EPA-MARB014504 | Task Order: State Nutrient Reduction Strategies Workshop - Agricultural | 1/27/2011 | EPA | task order |
| EPA-MARB014512 | Region 6 Special Project Using CWA §319 Funds - Request for Proposals | 2/25/2011 | EPA Region 6 | Request for Proposals |
| EPA-MARB014515 | Clean Water Act Section 319 Special Project Funding | 5/31/2011 | EPA | presentation slides |
| EPA-MARB014519 | Meeting with Mississippi River Petitioners | 5/5/2009 | EPA | sign-in sheet |
| EPA-MARB014520 | Action Needed to Address Nitrogen and Phosphorus Pollution in the Mississippi River Basin and Gulf Hypoxia | 1/1/2011 | Albert Ettinger on behalf of Mississippi River Collaborative | letter |
| EPA-MARB014524 | Nutrient Criteria Development; Notice of Ecoregional Nutrient Criteria | 1/9/2001 | EPA | federal register notice |
| EPA-MARB014528 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion II | 12/1/2000 | EPA | technical document |
| EPA-MARB014635 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion III | 12/1/2001 | EPA | technical document |
| EPA-MARB014777 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion IV | 12/1/2001 | EPA | technical document |
| EPA-MARB014903 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion V | 12/1/2001 | EPA | technical document |
| EPA-MARB015026 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion VI | 12/1/2000 | EPA | technical document |
| EPA-MARB015111 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion VII | 12/1/2000 | EPA | technical document |
| EPA-MARB015202 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion VIII | 12/1/2000 | EPA | technical document |
| EPA-MARB015289 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion IX | 12/1/2000 | EPA | technical document |
| EPA-MARB015388 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion XI | 12/1/2000 | EPA | technical document |
| EPA-MARB015483 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion XII | 12/1/2000 | EPA | technical document |

| | | | | |
|---|---|---|---|---|
| EPA-MARB015560 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion XIII | 12/1/2000 | EPA | technical document |
| EPA-MARB015637 | Ambient Water Quality Criteria Recommendations for Lakes and Reservoirs in Nutrient Ecoregion XIV | 12/1/2001 | EPA | technical document |
| EPA-MARB015760 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion I | 12/1/2001 | EPA | technical document |
| EPA-MARB015885 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion II | 12/2/2000 | EPA | technical document |
| EPA-MARB016005 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion III | 12/3/2000 | EPA | technical document |
| EPA-MARB016109 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion IV | 12/4/2001 | EPA | technical document |
| EPA-MARB016268 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion V | 12/5/2001 | EPA | technical document |
| EPA-MARB016420 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion VI | 12/6/2000 | EPA | technical document |
| EPA-MARB016511 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion VII | 12/7/2000 | EPA | technical document |
| EPA-MARB016604 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion VIII | 12/8/2001 | EPA | technical document |
| EPA-MARB016746 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion IX | 12/9/2000 | EPA | technical document |
| EPA-MARB016854 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion X | 12/10/2001 | EPA | technical document |
| EPA-MARB016994 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion XI | 12/00/2000 | EPA | technical document |
| EPA-MARB017093 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion XII | 12/00/2000 | EPA | technical document |
| EPA-MARB017173 | Ambient Water Quality Criteria Recommendations for Rivers and Streams in Nutrient Ecoregion XIV | 12/00/2000 | EPA | technical document |
| EPA-MARB017257 | EPA/Albert Ettinger Meeting | 11/4/2009 | EPA | meeting agenda |

| Websites Consulted | | |
|---|---|---|
| **Title** | **Link** | **Author** |
| What is in our drinking water?  Identification of New Chemical Disinfection By-products (DBPs) | http://www.epa.gov/extmurl/research/process/drinkingwater.html | EPA Office of Research and Development |
| N-Steps: Main Page | http://n-steps.tetratech-ffx.com/NTSCHome.cfm | Tetratech |
| N-Steps: Questions and Answers | http://n-steps.tetratech-ffx.com/Q&A-background.cfm | Tetratech |

| | | |
|---|---|---|
| N-STEPS Technical REQuest System (T-REQS) | http://n-steps.tetratech-ffx.com/TREQS.cfm | Tetratech |
| N-Steps: Links to Analytical and Sampling Tools | http://n-steps.tetratech-ffx.com/statisticalTool-tools.cfm | Tetratech |
| N-Steps: Nutrient Criteria Information | http://n-steps.tetratech-ffx.com/nutrient-supportLiterature.cfm | Tetratech |
| N-Steps: List of Archived Webcasts | http://n-steps.tetratech-ffx.com/webcasts-archived.cfm | Tetratech |
| Nitrogen and Phosphorus Pollution Data Access Tool (NPDAT) | http://water.epa.gov/scitech/swguidance/standards/criteria/nutrients/npdat_index.cfm | EPA |
| SPARROW Surface Water Quality Modelling | http://water.usgs.gov/nawqa/sparrow/index.html | USGS |
| BATHTUB Model | http://cfpub.epa.gov/crem/knowledge_base/crem_report.cfm?deid=74889 | EPA |
| Gulf of Mexico Alliance Main Page | http://www.gulfofmexicoalliance.org/ | Gulf of Mexico Alliance |
| About the Gulf of Mexico Alliance | http://www.gulfofmexicoalliance.org/about/about.html | Gulf of Mexico Alliance |
| New England Interstate Water Pollution Control Commission Main Page | http://www.neiwpcc.org/ | New England Interstate Water Pollution Control Commission |
| NEIWPCC - About Us | http://www.neiwpcc.org/aboutus.asp | New England Interstate Water Pollution Control Commission |
| NEIWPCC - Water Quality Standards and Classification | http://www.neiwpcc.org/wqstandards.asp | New England Interstate Water Pollution Control Commission |
| ORSANCO Main Page | www.orsanco.org | Ohio Valley Water Sanitation Commission |
| ORSANCO - About Us | http://www.orsanco.org home | Ohio Valley Water Sanitation Commission |
| Gulf Coast Ecosystem Restoration Task Force Main Page | http://www.restorethegulf.gov/task-force/ | Gulf Coast Ecosystem Restoration Task Force |
| Gulf Coast Ecosystem Restoration Task Force - About Us | http://www.restorethegulf.gov/task-force/about-task-force/about-task-force | Gulf Coast Ecosystem Restoration Task Force |
| Mississippi River Gulf of Mexico Watershed Nutrient Task Force | http://water.epa.gov/type/watersheds/named/msbasin/index.cfm | Mississippi River Gulf of Mexico Watershed Nutrient Task Force |
| Mississippi River Gulf of Mexico Watershed Nutrient Task Force - Members | http://water.epa.gov/type/watersheds/named/msbasin/members.cfm | Mississippi River Gulf of Mexico Watershed Nutrient Task Force |