IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GULF RESTORATION NETWORK, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 12-cv-00677-JCZ-DEK ) |
| GINA McCARTHY, Administrator, United States Environmental Protection Agency, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) Section "A," Division 3 ) Hon. Jay C. Zainey, District Judge ) Hon. Daniel E. Knowles, III, Magistrate Judge ) ) |
| Defendants. | ) ) |

**ORDER**

After consideration of the Defendants' Consent Motion to Modify the July 20, 2015 Case Management Order [ECF 195], the Court hereby grants the Motion.

Defendants and Intervenors shall file their reply briefs in support of the Defendants' cross-motion for summary judgment no later than April 15, 2016.

3/11/16

_____
The Honorable Jay C. Zainey
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana using the electronic case filing system of the court, which will electronically serve all counsel of record.

        /s/ Justin D. Heminger